Bird S. Coler, Respondent, v. The Brooklyn Daily Eagle, Appellant.— Motion to resettle order granted. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ. Settle order before Mr. Justice Jenks.

Lawrence Gruner, Respondent, v. The Texas Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.